UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GESTAMP WASHTENAW, LLC, et al.,

      Plaintiffs,

v.

LINCOLN ELECTRIC AUTOMATION,
INC., f/k/a TENNESSEE RAND, INC.,

      Defendant.
_____/

Case No. 21-cv-12714
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL

On August 16, 2023, Plaintiffs Gestamp Washtenaw, LLC and Gestamp North America, Inc. and Defendant Lincoln Electric Automation, Inc. f/k/a Tennessee Rand, Inc. filed a Joint Stipulation of Dismissal (ECF No. 26) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), therein notifying the Court that all claims and causes of action in this case have been resolved. Accordingly, the above-styled civil action is hereby dismissed with prejudice and with each party to bear its own attorneys' fees and costs of court.

    **IT IS SO ORDERED**.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: August 17, 2023